**797  WILKIE vs. CIRCUIT JUDGE (Ingham), 52 M., 641.**

To vacate an order setting aside a sale on an execution that had been levied without waiting for the enrollment of the decree, where the date of the decree, as shown in the execution, was notice of the fact that the execution was prematurely issued, and the motion to set aside was not made until the time to redeem had expired.

Denied February 8, 1884, although no notice of the proceedings to set aside the sale had been given to the purchaser.

**798  WATTS vs. CIRCUIT JUDGE (Kent), No. 15495.**

To vacate an order setting aside a foreclosure sale.

Denied April 8, 1896, with costs.

After decree the same was assigned to one Landis, who obtained an order of substitution without notice to the defendant, proceeded to sale and became the purchaser at an inadequate price.

Relator insisted that under Rule 125 notice was requisite.